IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40706
Summary Calendar
_____

UNITES STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS PALOMO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-99-CR-392-2
--------------------
March 21, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Luis Palomo appeals his conviction for carjacking, 18 U.S.C. § 2119. He contends that the evidence was insufficient to support his conviction because no evidence was introduced which supports a finding that he had the specific intent or conditional intent to inflict death or serious bodily harm. See 18 U.S.C. § 2119.

This court's review of the sufficiency of the evidence following a conviction is narrow. See, e.g., United States v. Westbrook, 119 F.3d 1176, 1189 (5th Cir. 1997). We will affirm

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

if a rational trier of fact could have found that the evidence established the essential elements of the offense beyond a reasonable doubt.  Id. (citing Jackson v. Virginia, 443 U.S. 307, 319 (1979)).  We conclude that a rational trier of fact could have found that the evidence established the essential elements of the offense of carjacking beyond a reasonable doubt. See Holloway v. United States, 526 U.S. 1, 11-12 (1999).

AFFIRMED.